# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELA LYONS, | : | |
| Plaintiff, | : | Case No. 3:11-cv-408 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| US POSTAL SERVICE, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Second Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 27, 2011, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff pay the filing fee of $350.00 forthwith.

January 26, 2012                    *s/THOMAS M. ROSE*

.

_____
Thomas M. Rose
United States District Judge